United State District Court
District of Massachusetts

Jennie P. Moore                    Civil Action
        v.                         No _____
Brigham & Women's Hospital

05-40123 FDS

Complaint

Jennie P. Moore is a resident of Mendon, Worcester County, Massachusetts and a citizen of the United States.

Brigham and Women's Hospital is a resident of Boston Massachusetts and is a business of the United States

This court has jurisdiction over this matter pursuant to ~~~~~ 42-1981

In September 2001 ~~ann~~ was demoted from Supervisor of the phlebotomy team under false aligation from an employee who was reporting to the Manager of the ~~apulary~~ department all negative that was not true.

On this particul day I was paged by an nurse stating, an employee refused to draw STAT blood on a patient in the ICU. I was told my the nurse that the employee said," She was too busy and that she will be leaving soon." The nurse also explained how rude the employee was. I said to the nurse, that I will come up and draw the stat and that I will speak to the employee.

I page the employee to see why the stat was not drawn. The employee said to ~~me what~~," Since when are blood cultures stat, I said to her; that's ~~irr~~elevant at this time, a stat blood culture needs to be drawn. She said o.k.,

I proceeded up stairs to draw the blood culture but saw the employee, whom had called another co-worker to go draw the culture, I asked, what was the problem? She proceeded to tell

me that she had call Maureen Jamson (the manger) to inform her that she was in a emergency situation and needed she had been called for a STAT blood culture.

I asked why did she not page me if she was unable to draw the blood and I proceed on to draw the STAT blood culture in the ICU unit.

When I arrived, the nurse was very up set because the patient was running an high temperture. She thanked me for coming and she proceeded to tell me about the employe who refused to draw the stat blood culture.

I said to the nurse, let me draw the blood culture first, then you and I will talk. She said OK.

After drawing the culture the nurse thank me again and apologized for paging me because she felt I was too busy and she explained how rude the phletatomist was when she responded to her page.

I apologized and said to the nurse, I will speak to the employe and left.

On my way down, I saw another employee who was very busy, so I decided

to help him because he was really behind our schedule in drawing blood.

I decided that I should call my manager to let her know that I needed to talk to her once I finish helping the employee.

I explained to her about a STAT blood needing to be draw and was not drawn by the employee.

My manager said she will be available when I come down, and for me to walk in.

When I went to my manger, I found her in a rage, beet red sitting and waking for me.

I explained to her how the employee refused to draw a stat blood and she jump at me in a very nasty tone that, I had a problem with communication. I could not figure out what she was talking about, because I had not refuse to draw the blood.

My manager proceed to say, the employee had call her, and said,

I screamed at her on the phone. I said to my manager this is not true. The manager kept saying, another form of communication. I said to the manager, why don't the three of us sit down and talk about this because I can not figure out why you are in such a race with me and believing the employee. She said O.K. let's meet on Wednesday.

We met on Wednesday, I told my part, the employee switch her part and lied on me again. The manager asked me a dum question in front of the employee, and I did not answer her, because she did not make any sense asking me the question, and like that in front of the employee. Then the manager said a nasty tone, I have heard enough, she demanded time sheets from me.

I asked the manager to call me when she finish talking to the employee.

The manager did not call me in an half hour, so I went to her office

to see what was the problem with the time sheet. I told her that I am very surprise to see and manager like her manager and that I now see what the problem was, it was her causing employee/supervisor desfunction on the job.

The Manager said to me, that we will meet this evening at 2:00 p.m. I said in this meeting, I will like to have human resource, director of the lab and her manager present. She replied to me, "I don't do things like that."

I met with her August 23, 2001 at 2:00 p.m. and was demoted from Supervisor to Sr. phlebotomist, with a cut in pay and I had a option of working inpatient or outpatient phlebotomy.

This was a night mare, what did I do. Why did my manager accept this employee word over minds. I even had the nurse to e-mail on the incident.

I did not deserve to be demoted from my posistion because the employee lied.

The employee was white. This employee

was alway running into the managers office relating imformation that I was fully unaware of.

I have worked in the phlebotomy department since 1983. I was an Supervisor for 16 years. I have never had any problems until this manager arrive.

I was given whitten counseling for lies that was told on me. This manager called unnecessary meeting with me and my team member to up set me.

This manager was tottally against me from the moment she came into the department because she started secretly meeting with the staff.

After I was demoted, I file a complaint with MCAD. MCAD contacted me in the 3rd year of filing. I had one conference meeting with a follow up with Brigham & Women's which took two month.

At this 2nd conference, I was asked question by the MCAD lead person who at the time could not believe all the aligation what Brigham & Women's assured me

It was true. This person asked Brigham + Women's legal team to bring back to him all person terminated by Ms. Samson all ethic group in 7 days, and he asked the legal team from Brigham did they ever look into why there was problems with me and Ms. Samson. They said no. He also asked how was my appraiser and they said they were great.

After this meeting was over, this person from MCAD observe the legal team talking to me and he wanted to know if we knew each other, we both said yes. He called us back in and said he wanted this case resolved because Ms. Moore (me) does not portray what is listed on this paper.

Two weeks after that meeting, I received in the mail a dismissal. The same lead person was not on my case. I had a new person.

I appealed on the 2nd appeal, a dismissal. I know for a fact, no witnesses were called on my behalf.

I am suing because I personally feel that I should not have been treated the way I was treated.

The Manage should have been more professional an asked me to resign from my position if she felt that I was not doing my job and not put me though the head ack and heart ack (what) she did not me.

Setting me up on false allegation.

I need some one to listen to what happen to me at Brigham and Women's. I am now ready to go to the local newspaper, because no one in their solid good mind ~~should~~ should not have been treated the way I was treated.

I am and hoping that I can receive punitive damage, all false allegation from my file, all back pay from where I was dismiss from supervisor, set my retirement back to where I was as a supervisor, and what ever monetary that I am allowed for going to such mental distortion of my job unnecessary.

I Jennie P. Moore am requesting a trial jury. I Jennie P. Moore demands a trial by jury.

Jennie P. Moore
10 Wood Dr.
Mendon, MA
508 634-0108

**05-40123 FDS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
        * Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)). _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)   YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☐   NO ☒
   OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)).
   YES ☐   NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?
   YES ☐   NO ☒

   (a) IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL DIVISION; YES ☐ NO ☒    OR WESTERN DIVISION;  YES ☐  NO ☐

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?
    EARLY NEUTRAL EVALUATION ☐    MEDIATION ☒    SUMMARY JURY/BENCH TRIAL ☐
    MINI-TRIAL ☐    OTHER ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Jennie P. Moore
ADDRESS  10 Wood Dr Mendon MA 01756
TELEPHONE NO.  508 634-0108

(Category Form.wpd - 3/28/2000)

05-40123

JS 44 (Rev. 3/99)                    CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  Jennie P. Moore  
10 Wood Dr.  
Mendon, MA 01756

**DEFENDANTS**  Brigham & Women's Hospital  
75 Frances St  
Boston, MA 02119

(b) County of Residence of First Listed Plaintiff  Worcester  
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____  
(IN U.S. PLAINTIFF CASES ONLY)  
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 240 Torts to Land |  ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42-1981 Civil Rights Job dismissal

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:  
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____ DOCKET NUMBER _____

DATE 7/27/05    SIGNATURE OF ATTORNEY OF RECORD  Jennie P. Moore

**FOR OFFICE USE ONLY**  
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 3/99)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.