16 Wood Drive
Mendon, MA
December 15, 2005

FILED
IN CLERKS OFFICE
2005 DEC 19 A 8: 37

To Whom It May Concern,

I, Jennie P. Moore mailed Summon and Complaint to Brigham & Women's Hospital to Joan C. Stoddard. I did not make an copy of the Summon for my self to send back to the court because I didn't think to do so. I am very sorry. I hope this will not impact on this case.

Enclosed, I am sending the green card where Summon and Complaint was received.

Thank you,
Jennie P. Moore

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joan C. Stoddard
Partners Health Care
System, Inc
50 Staniford St, Suite 100
Boston, MA 02114-2521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 13 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0000 3178 3566

PS Form 3811, February 2004   Domestic Return Receipt   02595-02-M-1540