UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| JENNIE P. MOORE,<br><br>      Plaintiff,<br><br>v.<br><br>BRIGHAM & WOMEN'S HOSPITAL,<br><br>      Defendant. | 05-CV-40123 FDS |

## NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT

Please take notice that as of April 15, 2006, we will be located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

Respectfully submitted,

BRIGHAM & WOMEN'S HOSPITAL,

By its Attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

By      */s/ Jeffrey A. Dretler*
    Jeffrey A. Dretler, BBO# 558953
    585 Commercial Street
    Boston, MA  02109
    (617) 456-8000

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of April, 2006.

                                        */s/ Jeffrey A. Dretler*
                                        Jeffrey A. Dretler