UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Moore,
        Plaintiff

    v.

Brigham & Womens Hospital,
        Defendant

CIVIL ACTION
NO. 05-40123-FDS

## ORDER OF DISMISSAL

SAYLOR, D.J.

    Plaintiff not having complied with this Court's Memorandum and Order of 6/16/06, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    7/28/06
    Date

/s/ Martin Castles
Deputy Clerk
508-929-9904